IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Adele Green                          §
                                     §
                    Plaintiff        §        CIVIL ACTION NO. H-09-3986
                                     §
                                     §
Goldman Imani & Goldberg, Inc.       §
                                     §
                    Defendant        §

ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this cause
of action has been reached.  The case is **DISMISSED** with prejudice
to the right of the parties to move for reinstatement within
ninety (90) days after the entry of this order.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on this 20th day of April 2010.


_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE